EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at 9 o'clock and 05 min. AM
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED        JUL 1 2 2006

JUN 2 3 2006 at o'clock and 10 min. M
SUE BEITIA, CLERK
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

2006 JUL 10 AM 11: 00
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,       )
                                )   CR 03-444
            Plaintiff,          )   Criminal Number: CR 04-00123
                                )
       vs.                      )   BENCH WARRANT RECALL/DISMISSAL
                                )
AUDREY M. MANIS,                )   18 U.S.C. § 13;
                                )   H.R.S. § 291E-61(a)(1)&(3),
                                )   H.R.S. § 291-2
            Defendant.          )   Citation Number:  A1042758/H-11
                                )                     A1042760/H-11
                                )
_____)

BENCH WARRANT RECALL AND DISMISSAL

        Good cause appearing, the United States Attorney hereby

requests the court to recall the bench warrant and dismiss the

Information against AUDREY M. MANIS, issued April 13, 2004 on the

BENCH WARRANT RECALLED 06.27.06

grounds that the Defendant was separated from the Army for a

pattern of misconduct, which included the above-cited offense.

DATED: _____ JUN 2 2 2006 _____, Honolulu, Hawaii.


                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                         By_____

                              GABRIEL COLWELL
                              Special Assistant U.S. Attorney


                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


APPROVED AND SO ORDERED:

_____     Dated: ____JUN 2 7 2006____
UNITED STATES MAGISTRATE JUDGE